*Plaintiff(s) Counsel:*
Richard Meadow, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

Maura Kolb, Esq.
THE LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200
(F) 713-659-2204

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-cv-5766<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| MICHAEL BRITAIN and BARBARA BRITAIN,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, MICHAEL BRITAIN and BARBARABRITAIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009          By: *Richard O. Meadow*
Richard Meadow, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
123 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

Maura Kolb, Esq.
THE LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200
(F) 713-659-2204

*Counsel for Plaintiff(s).*

DATED: April 15, 2009          By: *[signature]*
Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009



Hon. Charles R. Breyer
United States District Court